Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida 

Fort Lauderdale Division

Juleri Aurelina Núñez
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

National Security Agency (NSA)
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

FILED BY ____ D.C.
AUG 01 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Juleri Aurelina Núñez
   Street Address: 2551 SW 71st Terrace Apt 316
   City and County: Broward, Davie
   State and Zip Code: Florida, 33317
   Telephone Number: (305) 401-2120
   E-mail Address: njuleri@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name     National Security Agency (NSA)
    Job or Title *(if known)*
    Street Address     9800 Savage Rd
    City and County     Washington D.C.
    State and Zip Code     ~~District~~ Maryland, 20755-6000
    Telephone Number     (301) 688-6311
    E-mail Address *(if known)*     foia@nsa.gov

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

➡ BACK

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(Federal Statutes)
① 5. U.S.C § 552 Freedom of information Act.
② 28 U.S.C § 1331 Federal Question Jurisdiction.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Juleri Aurelina Núñez, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

~~Federal Factors or Constitutional Provision~~ On

1) Violation of FOIA presumption of Openness.
   (5 U.S.C § 552(a)(4)(A))

2) Arbitrary and Capricious Agency Action
   (APA § 706(2)(A))

3) Failure to Conduct Adequate Search

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

N/A – Injunctive and declatory relief only; no monetary damages sought.

III. **Statement of Claim**

➡ BACK.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1.) Introduction

Plaintiff Juleri Aurelina Núñez is a private citizen who submitted a valid Freedom of Information Act (FOIA) request to the National Security Agency (NSA) on 04/21/2025, 04/24/2025, 04/28/2025, 05/15/2025, & Appeals on

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

06/13/2025, 07/17/2025,

MDR Request
06/30/2025

Seeking records related to My mother Eriche Altagracia Alegria, PsyOps, RF, ElF, Ultrasound, V2k emmissions, Cellphone records from 2008-2012 going to (917)830-0727 to my cellphone a Samsung Freeform and my Geolocation Records from 2008-2016 Due to Trafficking and Rape I am seeking these records.

2) Agency Response.
The NSA Responded to Plaintiff's FOIA request within the Statutory Limit, denying the request in whole or in part on the grounds of (Glomar) Cited by NSA.

3) Administrative Appeal
Plaintiff timely filed an administrative appeal on 05/10/2025, 05/17/2025, 05/25/2025, 05/7/2025, 04/30/2025 04/22/2025; denying the Appeal giving Glomar responses to the requested records.

4) Legal Violations.
The NSA's denial of Plaintiff's appeal violates the FOIA's Presumption of openness and the agency's burden to justify withholdings under 5 U.S.C § 552(b). Agency a legally sufficient explanation Supporting it's denial & improperly applied exeptions. Such denial Constitutes Arbitrary and Capricous agency action. Under Administrative Procedure Act.

5) Plaintiff has exhausted all Administrative remedies

6) I'm Requesting injunctive and declatory relief ordering the NSA torelease all non-exempt responsive records.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 1st, 2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Jueri A. Nunez

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____